# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:21-CR-0302-S |
| | § | |
| JOSE FRANCISCO CASTANEDA | § | |

### ORDER ADOPTING FINDINGS, CONCLUSION, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's supervised release [ECF Nos. 5, 8, 12] to the United States Magistrate Judge for proper consideration. *See* Order [ECF No. 21]. On August 8, 2023, the Magistrate Judge issued the Findings, Conclusion, and Recommendation ("Recommendation") [ECF No. 26] following a revocation hearing on the same date [ECF No. 25]. Defendant received and reviewed a copy of the Magistrate Judge's Recommendation and waived his right to object to the Recommendation and allocute before the District Judge [ECF No. 28]. The Court is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Findings, Conclusion, and Recommendation [ECF No. 26] is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**, and Defendant is sentenced to a term of imprisonment of six (6) months with no further term of supervised release to follow.

**SO ORDERED.**

SIGNED August 21, 2023.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**